Francisco Sanchez, Appellant, v State of New York, Respondent.

Submitted May 7, 2007; decided June 7, 2007

Motion by the Legal Aid Society of the City of New York et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Markking Smalls, Appellant-Respondent, v AJI Industries, Inc., et al., Respondents, and Jahkim A. Jenkins et al., Respondents-Appellants.

Submitted April 30, 2007; decided June 7, 2007

Motion to dismiss appeal denied.

State of New York et al., Appellants, v Philip Morris Incorporated et al., Defendants. Commonwealth Brands, Inc., et al., Nonparty Respondents.

Submitted February 20, 2007; decided June 7, 2007

Motion to supplement the record on appeal herein denied.

Gregory G. Stiver et al., Appellants, v Good & Fair Carting & Moving, Inc., Respondent.

Submitted June 4, 2007; decided June 7, 2007

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.